# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Eslimerari Ramos

                Plaintiff,

v.                                                          Case No.: 1:24–cv–02844
                                                                 Honorable Martha M. Pacold

Francesca's Holding Corporation

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 2, 2024:

       MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Notice of Voluntary Dismissal [10], this case is hereby dismissed with prejudice, without costs, or disbursements, or attorney's fees. Plaintiff's request for entry of default [7] is stricken as moot. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.